JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTUAL TRADING CO., INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>ASAHI SHUZO KABUSHIKI KAISHA, aka ASAHI SHUZO CO., LTD., a Japanese corporation, and DOES 1 – 20.<br><br>    Defendant. | Case No.:  2:20-cv-05815-PA-GJS<br>Hon. Percy Anderson<br><br><br>**ORDER OF DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

///

///

///

///

///

///

///

///

**[PROPOSED] ORDER**

**ORDER**

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action <u>with</u> prejudice. The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

Dated:  September 02, 2021

_____

PERCY ANDERSON
United States District Judge

**[PROPOSED] ORDER**